IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LADONNA WILDER,

        Plaintiff,

v.

APARTMENT COMMUNITY
OF OUR LADY OF THE SNOWS,

        Defendant.

Case No. 24-cv-2281 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: 7/29/2025**        MONICA A. STUMP, Clerk of Court

                                          s/ Tina Gray, Deputy Clerk

**Approved:**    *s/J. Phil Gilbert*
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**